IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERRY BEERS, Administrator of The ESTATE OF SEAN R. BEERS, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTHUMBERLAND COUNTY, BRUCE KOVACH, Individually and In his Official Capacity, SAMUEL J. SCHICCATANO, JOSEPH M. KLEBON, KYMBERLEY L. BEST, JAMES HOSKIN and MARY DOE,<br><br>    Defendants. | No. 4:22-CV-01101<br><br>(Chief Judge Brann) |

## ORDER

**MARCH 10, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 8) is **GRANTED**. Accordingly:

    a. All claims against Defendant Bruce Kovach, in his official capacity, are **DISMISSED WITH PREJUDICE**.

    b. All other claims (including those against Kovach in his individual capacity) contained in Counts I through IV are **DISMISSED WITHOUT PREJUDICE**. If Plaintiff Sherry

Beers wishes to plead over on any of Counts I through IV, she must file an amended pleading by March 24, 2023.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge