## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERRY BEERS, Administrator of The ESTATE OF SEAN R. BEERS, Deceased, | No. 4:22-CV-01101 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| NORTHUMBERLAND COUNTY, BRUCE KOVACH, Individually SAMUEL J. SCHICCATANO, JOSEPH M. KLEBON, KYMBERLEY L. BEST, and MARY DOE, | |
| Defendants. | |

### ORDER

**JULY 27, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Defendants' motion to dismiss (Doc. 18) is **GRANTED**.

2.  All claims in Plaintiff Sherry Beers' Amended Complaint (Doc. 17) are **DISMISSED WITH PREJUDICE**.

3.  The Clerk of the Court is directed to **CLOSE** this case.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge